**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:10CR31** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **FERNANDO LOPEZ-ARJON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Court's own motion.

IT IS ORDERED:

1. This case is dismissed; and

2. The Clerk is directed to provide a copy of this order to the U.S. Marshal for this District.

DATED this 14th day of June, 2010.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge